IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Dec 19, 2024
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Winifred Mack<br><br>Case No. 1:19-cv-00019-RLY-TAB | |

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: December 15, 2024

| | |
|---|---|
| /s/ Benjamin A. Bertram | /s/ Andrea Roberts Pierson |
| Benjamin A. Bertram, Esq. | Andrea Roberts Pierson, Esq. |
| Bertram & Graf, L.L.C. | Faegre Drinker Biddle & Reath LLP |
| 2345 Grand Boulevard, Suite 1925 | 300 North Meridian Street, Suite 2500 |
| Kansas City, MO 64108 | Indianapolis, Indiana 46204 |
| Telephone: (816) 523-2205 | Telephone: (317) 237-0300 |
| Fascimile: (816) 523-8258 | Facsimile: (317) 237-1000 |
| Email: benbertram@bertramgraf.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |